| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Cooper, Christopher R. | 2. Court or Organization U.S. District Court for the District of Columbia | 3. Date of Report 08/01/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge | 5a. Report Type (check appropriate type) ✓ Nomination  Date 08/01/2013 ☐ Initial  ☐ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 07/22/2013 |

**7. Chambers or Office Address**

Covington & Burling
265 Strand
London WC2R 1BH
United Kingdom

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Baker Botts LLP |
| 2. Partner | Covington & Burling LLP |
| 3. Partner | 1208 Broad Street LLC |
| 4. Director | Christian Benevolent Funeral Home, Inc. |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Baker Botts LLP (partnership income) | $1,239,147.00 |
| 2. 2012 | Baker Botts LLP (partnership income) | $25,035.00 |
| 3. 2012 | Covington & Burling LLP (partnership income) | $847,156.00 |
| 4. 2013 | Covington & Burling LLP (partnership income) | $702,786.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Mortgage on Rental Property 1 -- Washington DC | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ASG Diversified Stock Income Portfolio (Managed Acct) | | | | | | | | | |
| 2. -- 3M | A | Dividend | J | T | | | | | |
| 3. -- Aflac | A | Dividend | J | T | | | | | |
| 4. -- Air Products & Chemicals | A | Dividend | J | T | | | | | |
| 5. -- Analog Devices | A | Dividend | J | T | | | | | |
| 6. -- AT&T | A | Dividend | J | T | | | | | |
| 7. -- ADP | A | Dividend | J | T | | | | | |
| 8. -- Baxter | A | Dividend | J | T | | | | | |
| 9. -- Becton Dickinson | A | Dividend | J | T | | | | | |
| 10. -- Chevron | A | Dividend | J | T | | | | | |
| 11. -- Chubb | A | Dividend | J | T | | | | | |
| 12. -- Clorox | A | Dividend | J | T | | | | | |
| 13. -- Colgate Palmolive | A | Dividend | J | T | | | | | |
| 14. -- Conoco Phillips | A | Dividend | J | T | | | | | |
| 15. -- Eaton Vance | A | Dividend | J | T | | | | | |
| 16. -- Emerson Electric | A | Dividend | J | T | | | | | |
| 17. -- ExxonMobil | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- Factset Research Sys Inc. | A | Dividend | J | T | | | | | |
| 19. -- General Dynamics | A | Dividend | J | T | | | | | |
| 20. -- General Mills | A | Dividend | J | T | | | | | |
| 21. -- Grainger | A | Dividend | J | T | | | | | |
| 22. -- Harris Corp. | A | Dividend | J | T | | | | | |
| 23. -- Illinois Tool Works | A | Dividend | J | T | | | | | |
| 24. -- IBM | A | Dividend | J | T | | | | | |
| 25. -- JM Smucker | A | Dividend | J | T | | | | | |
| 26. -- Johnson & Johnson | A | Dividend | J | T | | | | | |
| 27. -- Kellogg | A | Dividend | J | T | | | | | |
| 28. -- Lowes Companies | A | Dividend | J | T | | | | | |
| 29. -- McDonalds | A | Dividend | J | T | | | | | |
| 30. -- Medtronic | A | Dividend | J | T | | | | | |
| 31. -- Microsoft | A | Dividend | J | T | | | | | |
| 32. -- Nextera Energy | A | Dividend | J | T | | | | | |
| 33. -- Nordstrom | A | Dividend | J | T | | | | | |
| 34. -- Norfolk Southern | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- Northeast Utilities | A | Dividend | J | T | | | | | |
| 36. -- Novartis | A | Dividend | J | T | | | | | |
| 37. -- Paychex Inc. | A | Dividend | J | T | | | | | |
| 38. -- PepsiCo | A | Dividend | J | T | | | | | |
| 39. -- Phillips 66 | A | Dividend | J | T | | | | | |
| 40. -- Polaris Indus. | A | Dividend | J | T | | | | | |
| 41. -- Praxair Inc. | A | Dividend | J | T | | | | | |
| 42. -- P&G | A | Dividend | J | T | | | | | |
| 43. -- Scana Corp. | A | Dividend | J | T | | | | | |
| 44. -- Sigma Aldrich Corp. | A | Dividend | J | T | | | | | |
| 45. -- Southern Company | A | Dividend | J | T | | | | | |
| 46. -- Sysco Corp. | A | Dividend | J | T | | | | | |
| 47. -- Target | A | Dividend | J | T | | | | | |
| 48. -- United Technologies | A | Dividend | J | T | | | | | |
| 49. -- VF Corp. | A | Dividend | J | T | | | | | |
| 50. -- Wal-Mart | A | Dividend | J | T | | | | | |
| 51. -- Wisconsin Energy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Kayne Anderson Small/Mid Cap Core (Managed Acct) | | | | | | | | | |
| 53. -- Advanced Auto Parts | A | Dividend | J | T | | | | | |
| 54. -- Ansys Inc. | | None | J | T | | | | | |
| 55. -- Chuch & Dwight | A | Dividend | J | T | | | | | |
| 56. -- Clarcor | A | Dividend | J | T | | | | | |
| 57. -- Cohen & Steers | A | Dividend | J | T | | | | | |
| 58. -- Copart | | None | J | T | | | | | |
| 59. -- Core Labs | A | Dividend | J | T | | | | | |
| 60. -- Donaldson Company | A | Dividend | J | T | | | | | |
| 61. -- Dresser Rand Group | | None | J | T | | | | | |
| 62. -- Eaton Vance | A | Dividend | J | T | | | | | |
| 63. -- Equifax | A | Dividend | J | T | | | | | |
| 64. -- Expeditors Intl. | A | Dividend | J | T | | | | | |
| 65. -- Factset Research | A | Dividend | J | T | | | | | |
| 66. -- Heico Corp. | A | Dividend | J | T | | | | | |
| 67. -- Hittite Microwave | | None | J | T | | | | | |
| 68. -- Jack Henry & Assoc. | A | Dividend | J | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)        F =$50,001 - $100,000        G =$100,001 - $1,000,000        H1 =$1,000,001 - $5,000,000        H2 =More than $5,000,000
2. Value Codes        J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)        N =$250,001 - $500,000        O =$500,001 - $1,000,000        P1 =$1,000,001 - $5,000,000        P2 =$5,000,001 - $25,000,000
        P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal        R =Cost (Real Estate Only)        S =Assessment        T =Cash Market
(See Column C2)        U =Book Value        V =Other        W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -- John Wiley & Sons | A | Dividend | J | T | | | | | |
| 70. -- Landstar Systems | A | Dividend | J | T | | | | | |
| 71. -- Micros Systems | | None | J | T | | | | | |
| 72. -- MSC Industrial Dir. Co. | A | Dividend | J | T | | | | | |
| 73. -- MSCI Inc. | A | Dividend | J | T | | | | | |
| 74. -- National Instruments Corp. | A | Dividend | J | T | | | | | |
| 75. -- Nordson Corp. | A | Dividend | J | T | | | | | |
| 76. -- Pricesmart Inc. | A | Dividend | J | T | | | | | |
| 77. -- RBC Bearings | | None | J | T | | | | | |
| 78. -- Ross Stores | A | Dividend | J | T | | | | | |
| 79. -- Silgan Holdings Inc. | A | Dividend | J | T | | | | | |
| 80. -- Sirona Dental Systems | | None | J | T | | | | | |
| 81. -- Techne Corp. | A | Dividend | J | T | | | | | |
| 82. -- Wolverine Worldwide | A | Dividend | J | T | | | | | |
| 83. -- World Fuel Service Corp. | A | Dividend | J | T | | | | | |
| 84. Amazon | | None | K | T | | | | | |
| 85. American Express | A | Dividend | K | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)   U =Book Value      V =Other      W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Ameriprise | A | Dividend | J | T | | | | | |
| 87. BP | A | Dividend | J | T | | | | | |
| 88. Cisco | A | Dividend | K | T | | | | | |
| 89. Coke | A | Dividend | K | T | | | | | |
| 90. Eli Lilly | A | Dividend | J | T | | | | | |
| 91. F5 Networks | | None | J | T | | | | | |
| 92. GE | A | Dividend | J | T | | | | | |
| 93. Intel | B | Dividend | K | T | | | | | |
| 94. IShares MSCI Brazil ETF | A | Dividend | J | T | | | | | |
| 95. IShares MSCI Emrg Mrkts ETF | A | Dividend | K | T | | | | | |
| 96. IShares MSCI Japan ETF | A | Dividend | K | T | | | | | |
| 97. IShares MSCI Korea ETF | A | Dividend | J | T | | | | | |
| 98. IShares MSCI Russell 2000 ETF | B | Dividend | K | T | | | | | |
| 99. IShares MSCI Russell MidCap ETF | A | Dividend | L | T | | | | | |
| 100. Microsoft | B | Dividend | K | T | | | | | |
| 101. Powershares QQQ Ser1 ETF | B | Dividend | L | T | | | | | |
| 102. Sarepta Therapeutics | | None | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. SPDR Barclay High Yeild Bond ETF | B | Dividend | K | T | | | | | |
| 104. SPDR Dow Jones Ind. ETF | A | Dividend | K | T | | | | | |
| 105. SPDR S&P 500 ETF | B | Dividend | N | T | | | | | |
| 106. Tesoro Corp | A | Dividend | K | T | | | | | |
| 107. Waste Management | A | Dividend | K | T | | | | | |
| 108. Walker & Dunlop | A | Dividend | K | T | | | | | |
| 109. AIM Liquid Assets Port. Fund | A | Dividend | K | T | | | | | |
| 110. Arrow Inv Tactical Cl. C Fund | A | Dividend | K | T | | | | | |
| 111. Baron Sm. Cap Fund | C | Dividend | M | T | | | | | |
| 112. Blackrock Equity Dividend Fund | C | Dividend | M | T | | | | | |
| 113. MFS International Value R5 Fund | A | Dividend | K | T | | | | | |
| 114. MFS Mass Inv. Gr Stock A Fund | B | Dividend | M | T | | | | | |
| 115. Philadelphia Intl. Fund | A | Dividend | | | | | | | |
| 116. Vanguard Inst. Index Fund | C | Dividend | M | T | | | | | |
| 117. Vanguard Sm. Cap Index Signal Fund | A | Dividend | K | T | | | | | |
| 118. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 119. Columbia Small Cap Growth I Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Virtus Real Estate Sec. Fund | A | Dividend | J | T | | | | | |
| 121. Credit Suisse Fl. Rate High Income Fund | | None | L | T | | | | | |
| 122. Credit Suisse Mid Term Senior Notes | A | Int./Div. | M | T | | | | | |
| 123. Cullen International. High Dividend Fund | | None | M | T | | | | | |
| 124. DWS Managed Muni Bond Fund | | None | M | T | | | | | |
| 125. iShares US Oil & Gas Exploration & Prod. ETF | | None | K | T | | | | | |
| 126. Ishares Core Tot US Bond Mrkt ETF | A | Dividend | J | T | | | | | |
| 127. Ishares High Div. Equity Fund | A | Dividend | L | T | | | | | |
| 128. Jo Hambro Intl. Fund | | None | M | T | | | | | |
| 129. Market Vectors Emrg. Mrkts. Loc. Curr. Bd ETF | | None | K | T | | | | | |
| 130. Market Vectors Inter. Muni. Index ETF | B | Dividend | L | T | | | | | |
| 131. Metropolitan West Tot. Return Bond Fund | | None | L | T | | | | | |
| 132. Oppenheimer Developing Mrkts. Fund | | None | M | T | | | | | |
| 133. Powershares Sen. Loan Portfolio ETF | | None | J | T | | | | | |
| 134. Powershares International Dividend Acheivers ETF | | None | M | T | | | | | |
| 135. Schooner Fund | | None | M | T | | | | | |
| 136. Select Sector Consumer Discretionary SPDR Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. SPDR S&P Emerging Markets Asia Pacific ETF | | None | J | T | | | | | |
| 138. UBS E-TRACS Alerian MLP Infrastructure ETN | | None | L | T | | | | | |
| 139. Vanguard Reit ETF | | None | K | T | | | | | |
| 140. Vanguard Small Cap ETF | | None | L | T | | | | | |
| 141. Vanguard Int. Term Corp. Bond ETF | | None | J | T | | | | | |
| 142. Vanguard FTSE Developed Markets ETF | | None | M | T | | | | | |
| 143. Virtus Small Cap Core Fund | | None | M | T | | | | | |
| 144. Wells Fargo Emerging Mrkt. Eqty Fund | | None | L | T | | | | | |
| 145. Wisdom Tree Emerging Mrkts. Eq. Inc. Fund | | None | J | T | | | | | |
| 146. AllianceBernstein CBF-Age-Based Agg Grth 1999-2001 | | None | L | T | | | | | |
| 147. DC College Savings Plan -- Calvert Equity Portfolio | | None | K | T | | | | | |
| 148. DC College Savings Plan -- Calvert Balanced Portfolio | | None | J | T | | | | | |
| 149. DC College Savings Plan -- State Street Equity 500 Index | | None | K | T | | | | | |
| 150. Christian Benevolent Funeral Home stock | D | Distribution | O | W | | | | | |
| 151. Commonwealth National Bank stock | | None | L | W | | | | | |
| 152. 1208 Broad Street LLC (LLC interest) | D | Distribution | L | W | | | | | |
| 153. Career Core, Inc. | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. TriPoint Capital Partners (partnership interest) | C | Distribution | K | W | | | | | |
| 155. Rental property #1 -- Washington DC | E | Rent | P1 | W | | | | | |
| 156. Covington & Burling Pension Plan | | None | M | T | | | | | |
| 157. ABB Ltd. ADR | B | Dividend | | | | | | | |
| 158. Abbott Labs | A | Dividend | | | | | | | |
| 159. Abbvie Inc. | A | Dividend | | | | | | | |
| 160. Alps Alerian MLP ETF | A | Dividend | | | | | | | |
| 161. Altria Group | B | Dividend | | | | | | | |
| 162. American Capital Agy Corp | A | Dividend | | | | | | | |
| 163. Annaly Cap. Mngmnt. Inc. | A | Dividend | | | | | | | |
| 164. Apple | B | Dividend | | | | | | | |
| 165. Astrazeneca | B | Dividend | | | | | | | |
| 166. AT&T | A | Dividend | | | | | | | |
| 167. BAE Systems ADR | A | Dividend | | | | | | | |
| 168. BASF ADR | A | Dividend | | | | | | | |
| 169. Bayer ADR | A | Dividend | | | | | | | |
| 170. Bemis Co. | A | Dividend | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. BHP Billiton ADR | A | Dividend | | | | | | | |
| 172. BOC Hong Kong Hldgs. ADR | A | Dividend | | | | | | | |
| 173. BP ADR | A | Dividend | | | | | | | |
| 174. Brit. Amer. Tobacco | A | Dividend | | | | | | | |
| 175. CA Inc. | A | Dividend | | | | | | | |
| 176. Canadia Oil Sands Ltd. | A | Dividend | | | | | | | |
| 177. Century Link Inc. | A | Dividend | | | | | | | |
| 178. Chevron | A | Dividend | | | | | | | |
| 179. China Mobile ADR | C | Dividend | | | | | | | |
| 180. Comcast | A | Dividend | | | | | | | |
| 181. Comp. Siderurgica Nacional | A | Dividend | | | | | | | |
| 182. Conagra Foods | A | Dividend | | | | | | | |
| 183. Cullen Emerging Markets High Dividend Fund | A | Dividend | | | | | | | |
| 184. Deutsche Post ADR | A | Dividend | | | | | | | |
| 185. Diageo ADR | A | Dividend | | | | | | | |
| 186. Disney | A | Dividend | | | | | | | |
| 187. Eaton Vance Buy Write Opport. Fund | B | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 15 of 22

Name of Person Reporting

Cooper, Christopher R.

Date of Report

08/01/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Ecopetrol ADS | B | Dividend | | | | | | | |
| 189. Eli Lilly | A | Dividend | | | | | | | |
| 190. Emerson Elec. Co. | A | Dividend | | | | | | | |
| 191. Foschini Ltd. SHS | B | Dividend | | | | | | | |
| 192. France Telecom ADR | A | Dividend | | | | | | | |
| 193. GDF Suez | A | Dividend | | | | | | | |
| 194. Genuine Parts Co. | A | Dividend | | | | | | | |
| 195. GSK ADR | B | Dividend | | | | | | | |
| 196. Harris Corp | A | Dividend | | | | | | | |
| 197. Hasbro Inc. | A | Dividend | | | | | | | |
| 198. Hercules Technology Inc. | A | Dividend | | | | | | | |
| 199. Hospitality Properties REIT | A | Dividend | | | | | | | |
| 200. HSBC Holdings ADR | A | Dividend | | | | | | | |
| 201. Intel Corp. | A | Dividend | | | | | | | |
| 202. Ishares MSCI Australia ETF | A | Dividend | | | | | | | |
| 203. Ishares MSCI Germany ETF | A | Dividend | | | | | | | |
| 204. Ishares MSCI UK ETF | B | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 08/01/2013 |

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Ishares MSCI CDA ETF | A | Dividend | | | | | | | |
| 206. Ishares MSCI EM ETF | A | Dividend | | | | | | | |
| 207. Ishares Brcly 3-7 US Treasury Fund | A | Int./Div. | | | | | | | |
| 208. Ishares Brcly Aggregate Bond Fund | A | Int./Div. | | | | | | | |
| 209. Ishares Core S&P 500 ETF | A | Dividend | | | | | | | |
| 210. Ishares Cor S&P Mid Cap ETF | A | Dividend | | | | | | | |
| 211. Ishares Iboxx High Yd. Corp. Bond Fund | A | Int./Div. | | | | | | | |
| 212. Ishares Iboxx Inv. Gr. Corp. Bond Fund | A | Int./Div. | | | | | | | |
| 213. Ishares Russ 2000 Indx Fd | A | Dividend | | | | | | | |
| 214. Ishares S&P Mid Cap 400 Indx Fd | A | Dividend | | | | | | | |
| 215. Ishares S&P 500 Growth Indx Fd | B | Dividend | | | | | | | |
| 216. Ishares S&P 500 Indx Fd | A | Dividend | | | | | | | |
| 217. Ishares S&P 500 Value Indx Fd | A | Dividend | | | | | | | |
| 218. Ishares S&P US Pfd St Indx Fd | A | Dividend | | | | | | | |
| 219. JPM Alerian MLP Index Fd | A | Dividend | | | | | | | |
| 220. Kimberly Clark | A | Dividend | | | | | | | |
| 221. Lorillard Inc. | A | Dividend | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

# FINANCIAL DISCLOSURE REPORT

Page 17 of 22

Name of Person Reporting

Cooper, Christopher R.

Date of Report

08/01/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Marathon Petroleum Corp. | A | Dividend | | | | | | | |
| 223. Market Vectors Russia ETF | A | Dividend | | | | | | | |
| 224. Market Vectors Emg. Mrkts ETF | A | Dividend | | | | | | | |
| 225. Mattel Inc. | A | Dividend | | | | | | | |
| 226. Merck | A | Dividend | | | | | | | |
| 227. MTN Group. | A | Dividend | | | | | | | |
| 228. Munich Re ADR | A | Dividend | | | | | | | |
| 229. Nestle SA ADR | A | Dividend | | | | | | | |
| 230. Noble Energy Inc. | A | Dividend | | | | | | | |
| 231. Novartis AG ADR | A | Dividend | | | | | | | |
| 232. Omega Healthcare Invst. Inc | A | Dividend | | | | | | | |
| 233. TELKOM PT ADR | A | Dividend | | | | | | | |
| 234. PetroChina ADR | A | Dividend | | | | | | | |
| 235. Pfizer Inc. | A | Dividend | | | | | | | |
| 236. PG&E Corp | A | Dividend | | | | | | | |
| 237. PIMCO High Yeild Corp Bond Indx Fund ETF | A | Int./Div. | | | | | | | |
| 238. Powershares Natl Muni Bd Porfolio ETF | C | Int./Div. | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 08/01/2013 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Powershares Tr Preferred ETF | A | Dividend | | | | | | | |
| 240. PPL Corp | A | Dividend | | | | | | | |
| 241. Roche Holdings ADR | A | Dividend | | | | | | | |
| 242. Royal Dutch Shell ADR | A | Dividend | | | | | | | |
| 243. Sanofi ADR | B | Dividend | | | | | | | |
| 244. Schlumberger Ltd. | A | Dividend | | | | | | | |
| 245. Seagate Technology | A | Dividend | | | | | | | |
| 246. Siemans AG ADR | B | Dividend | | | | | | | |
| 247. Singapore Telecom ADR | A | Dividend | | | | | | | |
| 248. Smiths Group ADR | A | Dividend | | | | | | | |
| 249. SPDR Dow Jones Global Real Estate Indx ETF | A | Dividend | | | | | | | |
| 250. SPDR S&P China Indx ETF | A | Dividend | | | | | | | |
| 251. SPDR S&P World Ex-US Indx ETF | B | Dividend | | | | | | | |
| 252. Starbucks | A | Dividend | | | | | | | |
| 253. Statoil ADR | A | Dividend | | | | | | | |
| 254. Sysco Corp. | A | Dividend | | | | | | | |
| 255. Taiwan Semiconductor ADR | A | Dividend | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS – _Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Telefonica Brasil ADR | A | Dividend | | | | | | | |
| 257. Telefonica SA ADR | A | Dividend | | | | | | | |
| 258. Thompson Reuters Corp. | A | Dividend | | | | | | | |
| 259. Tiger Brands Ltd. | A | Dividend | | | | | | | |
| 260. Time Warner | A | Dividend | | | | | | | |
| 261. Tortoise Energy Infra. Corp. | A | Dividend | | | | | | | |
| 262. Total SA ADR | B | Dividend | | | | | | | |
| 263. Transocean Ltd. | A | Dividend | | | | | | | |
| 264. Treasury Wine Est. Ltd. ADR | A | Dividend | | | | | | | |
| 265. Unilever NV | A | Dividend | | | | | | | |
| 266. United Overseas Bk. Ltd. ADR | A | Dividend | | | | | | | |
| 267. Vale SA ADR | B | Dividend | | | | | | | |
| 268. Vanguard Intl. Eq. Indx. ETF | B | Dividend | | | | | | | |
| 269. Vanguard Div. Appreciation Indx. ETF | A | Dividend | | | | | | | |
| 270. Vanguard Eealth Care ETF | A | Dividend | | | | | | | |
| 271. Vodaphone Grp. ADR | A | Dividend | | | | | | | |
| 272. Wisdom Tree Emg. Mrkt. Loc. Debt Fund | A | Int./Div. | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 08/01/2013 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. Wisdom Tree Japan Hedged Eq. Fund | A | Dividend | | | | | | | |
| 274. NatWest Bank Current Account | | None | J | T | | | | | |
| 275. Wells Fargo Cash Management & Sweep Accounts | A | Interest | O | T | | | | | |
| 276. Dreyfus Cash Management Accounts | A | Interest | N | T | | | | | |
| 277. Pershing Money Market Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cooper, Christopher R. | 08/01/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 153 -- The Covington & Burling Pension Plan is a widely-held account over which I have no investment control.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cooper, Christopher R. | 08/01/2013 |

Part VII, Line 153 -- The Covington & Burling Pension Plan is a widely-held account over which I have no investment control.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Christopher R. Cooper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 1 | 025 | 900 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 4 | 696 | 029 | Notes payable to relatives | | | |
| Unlisted securities -- see schedule | | 975 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | 2 | 063 | 180 |
| Real estate owned – see schedule | 3 | 150 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 75 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 545 | 680 | | | | |
| Covington & Burling Pension Plan | | 100 | 400 | | | | |
| | | | | Total liabilities | 2 | 063 | 180 |
| | | | | Net Worth | 8 | 504 | 829 |
| Total Assets | 10 | 568 | 009 | Total liabilities and net worth | 10 | 568 | 009 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |